# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **HEATHER MARKWELL,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:19-CV-00002 |
| v. : | |
| : | Judge Walter H. Rice |
| **BROOKDALE SENIOR LIVING, INC.,** : | |
| : | |
| Defendant. : | |
| : | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR COMPEL ARBITRATION AND STAY PROCEEDINGS

Defendant Brookdale Senior Living Inc. ("Defendant," "Brookdale," or "the Company"), by and through counsel, respectfully requests that this Honorable Court dismiss this case in its entirety, or, in the alternative, compel arbitration and stay all proceedings pending completion of that arbitration. The grounds for this motion are fully set forth in the attached Memorandum in Support.

Respectfully submitted,

/s/ Shannon K. Patton
Shannon K. Patton, Trial Attorney (00069407)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH  44114
Telephone:   216.696.7600
Facsimile:    216.649.0541
E-mail:        spatton@littler.com

*Attorney for Defendant*
*Brookdale Senior Living Inc.*

2

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing *Defendant's Motion to Dismiss Plaintiff's Complaint or Compel Arbitration and Stay Proceedings* and *Memorandum in Support* has been filed via the electronic filing system on May 3, 2019.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/ Shannon K. Patton
Shannon K. Patton

FIRMWIDE:164231402.1 051918.1287